```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUN 1 0 2008

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
  )
  Plaintiff,  )
  )
  v.  )    2:06-cr-0210-LDG (LRL)
  )
JOHNNY MIZE,  )
  )
_____  )
  Defendant.

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on June 10, 2008, defendant JOHNNY MIZE pled guilty to Counts One, Two, Six, Ten, Twenty Three, and Forty Seven of a Fifty-One Count Criminal Indictment charging him in Count One with Conspiracy in violation of 18 U.S.C. § 371 to commit violations of 18 U.S.C. § 1028, 18 U.S.C. § 1341, 18 U.S.C. § 1343, 18 U.S.C. § 1344, 18 U.S.C. § 2314, and 18 U.S.C. § 2315; Count Two and Six with Production of False Identification Documents in violation of 18 U.S.C. § 1028(a)(1); Count Ten with Possession and Transfer of Five or More False Identification Documents in violation of 18 U.S.C. § 1028(a)(3); County Twenty Three with Bank Fraud in violation of 18 U.S.C. § 1344; and Count Forty Seven with Aggravated Identity Theft in violation of 18 U.S.C. § 1028A; and agreed to the forfeiture of property set forth in the Bill of Particulars, the Supplemental Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment.

AND WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1), this Court finds that the United States of America has shown a nexus between property set forth in the Bill of Particulars, the Supplemental Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant JOHNNY MIZE pled guilty.

AND WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 982(a)(1), 982(a)(2)(A), 982(a)(2)(B), and 982(b); 18 U.S.C. § 1028(b)(5); and 21 U.S.C. § 853(p), up to $3,900,000.00, including but not limited to:

(a) A COMMANDER 2800 PARTY DECK "THE STUNNER" HAUL NUMBER CF8682RBBOAT LOCATED IN THE DRIVEWAY AT 6706 PYRACANTHA GLEN COURT, LAS VEGAS, NEVADA;

(b) 2000 PURPLE FORD CONTOUR, NEVADA LICENSE PLATE 632SBZ, VIN 1FAFP66L0YK105251, IN THE DRIVEWAY AT 6706 PYRACANTHA GLEN COURT, LAS VEGAS, NEVADA;

(c) 2005 RED GMC TRUCK, NEVADA LICENSE PLATE 576SZX, VIN 1GTHK23245F972744, IN THE DRIVEWAY AT 6706 PYRACANTHA GLEN COURT, LAS VEGAS, NEVADA;

(d) ANY AND ALL FUNDS CONTAINED IN WELLS FARGO ACCOUNT #3326126053, IN THE NAME OF SHARON SIMON, AT 1760 E CHARLESTON BLVD, LAS VEGAS, NV 89104;

(e) ANY AND ALL FUNDS CONTAINED IN WELLS FARGO ACCOUNT #3418791368, IN THE NAME OF SIMON SELZ, INC., dba QUIK DROP, AT 1760 E CHARLESTON BLVD, LAS VEGAS, NV 89104;

(f) ANY AND ALL FUNDS CONTAINED IN WELLS FARGO ACCOUNT #8402177318, IN THE NAME OF SHARON SIMON AND DEBBIE SIMON, AT 1760 E CHARLESTON BLVD, LAS VEGAS, NV 89104;

(g) 2005 BLACK HUMMER H2, NEVADA LICENSE PLATE 001TLS, VIN 5GRGN22U05H112574, IN THE DRIVEWAY AT 6706 PYRACANTHA GLEN COURT, LAS VEGAS, NEVADA;

(h) 2003 GRAY TRAILER WITH "SKULL AND PISTONS" EMBLEM ON THE TAILGATE, CALIFORNIA LICENSE PLATE 4DG3936, VIN: 1M9UF182737108572, AND THE CONTENTS OF THE TRAILER:

    1) ROLEX MANS WATCH YELLOW GOLD SERIAL NUMBER: 16613;

    2) GUCCI MANS WATCH SERIAL NUMBER: 8600M;

    3) ULTRA BRAND RING SET WHITE METAL WITH WHITE STONE;

    4) CANON EOS REBEL T2 CAMERA;

    5) SONY CYBERSHOT DSCS8S DIGITAL CAMERA;

    6) CANON CAMCORDER MODEL# NTSCZR4BMC;

    7) CANON DIGITAL CAMERA POWERSHOT A85;

2

8)      SONY HANDICAM CAMCORDER DCRDVD2O3NTSC;

9)      CANON DIGITAL CAMERA POWERSHOT 5D200;

10)      OLYMPUS DIGITAL CAMERA C700 ULTRA ZOOM;

11)      NIKON COOLPIX 7600 DIGITAL CAMERA SERIAL NUMBER: 30496613;

12)      MINOLTA DIGITAL CAMERA MODEL# DIMAGEG400;

13)      DELL DIMENSION 4700 SERIAL NUMBER: 9N3C561;

14)      DELL DIMENSION 4700 SERIAL NUMBER: FKSVZ61;

15)      HP PAVILION 700 SERIAL NUMBER: MX21602184;

16)      MAC MODEL# A1047 POWER MAC G5;

17)      DELL OPTIPLEX GX2GO SERIAL NUMBER: 81ZC631;

18)      POWER MAC G4 COMPUTER TOWER SERIAL NUMBER: XB117OLQKXS;

19)      SONY VAIO PCV-A31L SERIAL NUMBER: 3012884;

20)      IBM AS400E COMPUTER TOWER SERIAL NUMBER: 10-69DB 0;

21)      HP COMPAQ DESKTOP COMPUTER SERIAL NUMBER: 2UB4 160 1XN;

22)      HP COMPAQ DESKTOP SERIAL NUMBER: U307KN9ZJ345;

23)      HP COMPAQ DESKTOP COMPUTER SERIAL NUMBER: 2UB41GO1ZF;

24)      HP COMPAQ DESKTOP COMPUTER SERIAL NUMBER: USU326OFD4;

25)      HP COMPAQ DESKTOP COMPUTER SERIAL NUMBER: USW412O4YZ;

26)      MAC POWERBOOK 04 LAPTOP COMPUTER MODEL#1025;

27)      TOSHIBA SATELLITE LAPTOP COMPUTER SERIAL NUMBER: Y2023909CU-1;

28)      HP COMPAQ NC8230 LAPTOP COMPUTER SERIAL NUMBER: CNUS3S1D1M;

. . .

3

29) SONY VAIO LAPTOP COMPUTER MODEL#PCG-7020 SERIAL NUMBER: C3LLTWQS;

30) HP NC6120 LAPTOP COMPUTER SERIAL NUMBER: CNUS341W4S;

31) MAC POWERBOOK G4 LAPTOP COMPUTER SERIAL NUMBER: V7314248MVZ;

32) DELL XPS LAPTOP COMPUTER SERIAL NUMBER: JNYFP61;

33) IMAC DESKTOP COMPUTER SERIAL NUMBER: XA84729TEUL;

34) BLACK BAG CONTAINING HP COMPAQ 6110 SERIAL NUMBER: CNUS09FSG2;

35) SONY VAIO LAPTOP SERIAL NUMBER: J0002TYKE;

36) HP PAVILION ZD 8000 SERIAL NUMBER: CNFSOSONWB;

37) GATEWAY LAPTOP MODEL 675 SERIAL NUMBER: 1100232880;

38) TOSHIBA SATELLITE 1955-5803 SERIAL NUMBER: 920494OOC;

39) HP DV400 LAPTOP SERIAL NUMBER: CNE516OP7N;

40) DELL INSPIRON LAPTOP 600 M SERIAL NUMBER: 3J5ZL71;

41) GATEWAY MODEL 350WVN SERIAL NUMBER: 0034027338;

42) DELL INSPIRON SERIAL NUMBER: SQZQL71;

43) WINBOOK LAPTOP GREEN SERIAL NUMBER: V24009040237;

44) SONY VIAO LAPTOP MODEL # PCG7D2L SERIAL NUMBER: C300M7E8;

45) GOLF CALLAWAY BAG CONTAINING 13 GOLF CLUBS;

46) CALLAWAY GOLF BAG WITH 10 GOLF CLUBS;

47) ADAMS GOLF BAG CONTAINING 6 GOLF CLUBS;

48) SERVER COMPUTER SERIAL NUMBER: 00043-597-476-236;

49) DUFFLE BAG CONTAINING PHOTO EQUIPMENT SERIAL NUMBER: 00043-597-476-236;

4

50) PHOTO ILLUMINATION DEVICE;

51) GENERATOR SERIAL NUMBER: 12684;

52) SAMSUNG FLAT SCREEN TV SERIAL NUMBER: 39Y3CMY702788Z;

53) HP MONITOR 15" SERIAL NUMBER: MXKS2800FB;

54) MAC WELDER SERIAL NUMBER: ULT20004080004;

55) TOSHIBA COMPUTER SERIAL NUMBER: 2020565000846;

56) 14" BLACK & WHITE SWITCHER W/2 NIGHT VISION CAMERAS SERIAL NUMBER: 7859711042;

57) MMF CASH DRAWER;

58) CALINA GOLF BAG CONTAINING 11 GOLF CLUBS;

59) NIKE GOLF BAG CONTAINING 12 GOLF CLUBS;

60) SET OF NIKE IRONS IN A BOX;

61) THREE (3) IGNITE GOLF CLUBS;

62) THREE (3) ONE OF EACH, BEAR TRACKER GOLF CLUB, CALLAWAY GOLF CLUB, TAYLOR MADE GOLF CLUB;

63) DEWALT CIRCULAR SAW NO SERIAL NUMBER;

64) AN X-BOX 360, 6 GAMES, 2 CONTROLLERS, POWER CORDS SERIAL NUMBER: 504288660406;

65) DVD HOME ENTERTAINMENT SYSTEM SERIAL NUMBER: 0347579S0880061AS;

66) BOSCH AQUA START TANKLESS GAS WATER HEATER SERIAL NUMBER: 7-703-411-002;

67) BOSH AQUA STAR TANKLESS GAS WATER HEATER;

68) SONY VEGA 19" TV, MODEL #KLV S19A1O;

69) SAMSUNG FLAT SCREEN LCD TV. SERIAL NUMBER: AA1X34KXSOO921B;

70) TWO (2) ORECK VACUUM CLEANERS SERIAL NUMBERS: 2000HHBD022195, AND UNAVAILABLE NUMBER.

71) MAKITA 18 VOLT 4-PC CORDLESS COMBO KIT MODEL #LXT400;

72) YAMAHA 600 N EMX 660 POWER MIXER IN A BOX;

73) BENCHTOP PRO 18 VOLT 6 IN 1 COMBO KIT;

74) TROY BILT 55S0 WATTS GAS POWER GENERATOR. SERIAL NUMBER 060227YD49748;

75) EPSON POWERLITE S3 MULTI MEDIA PROJECTOR SERIAL NUMBER V111H179020;

76) BOSE COMPANION 3 MULTIMEDIA SPEAKER SYSTEM SERIAL NUMBER: 033061ZS1110477AC;

77) MITSUBISHI ELECTRIC DLP PROJECTOR SERIAL NUMBER: 3994;

78) PHILLIPS HARD DRIVE DVD RECORDER SERIAL NUMBER: NW000G1EOOG17S;

79) HP PAVILION PC 19" LCD FLAT PANEL MONITOR;

80) SAECO ITALIA AUTOMATIC COFFEE MACHINE SERIAL NUMBER 178435;

81) QUARTER CABLE NAIL GUN KIT;

82) RYOBI 18 HOLE CORDLESS TOOL SET;

83) JMC GLOBAL MACHINERY COMPANY TOOL KIT;

84) BOSE DVD HOME ENTERTAINMENT CENTER SERIAL NUMBER: 034125952920274A5;

85) HP 19" FLAT PANEL MONITOR;

86) PHOTO ILLUMINATION DEVICE;

87) EMERSON 15" LCD STEREO TV & DVD COMBO MODEL #EWL1SDG;

88) MILWAUKEE TOOL KIT;

89)   HITLI TOOL KIT;

90)   RYOBI 18 VOLT TOOL KIT;

91)   DEWALT NAILER KIT;

92)   PALOMA TANKLESS GAS WATER HEATER SERIAL NUMBER: PJNGO3OGPO00326;

93)   PALOMA TANKLESS GAS WATER HEATER MODEL PTG-74X;

94)   PALOMA TANKLESS WATER HEATER MODEL PTG-74PV;

95)   PALOMA TANKLESS GAS WATER HEATER MODEL PTG-74PV;

96)   EMACHINES MODEL W3116 DESKTOP PC WITH MONITOR SERIAL NUMBER:CCAG3JO019580;

97)   TWO (2) BOSCH AQUA STAR TANKLESS GAS WATER HEATER MODELS 125B NG;

98)   THREE (3) BOSCH AQUASTAR TANKLESS GAS WATER HEATER MODEL 25OSXO MG;

99)   ROADMASTER PORTABLE BRAKING SYSTEM;

100)  DYSON VACUUM CLEANER MODEL DC14 SERIAL NUMBER: 229USA36815;

101)  HP PAVILION PC MODEL A1253W-B SERIAL NUMBER: MXFG1GO41C;

102)  DEWALT XRP COMBO KITS MODEL DC6KTGA;

103)  TWO (2) DEWALT 18 VOLT 6 TOOL COMBO KIT MODEL DC6KTGA;

104)  DEWALT COMBO KITS MODEL DCSKITA;

105)  EPSON POWER LITE 7CC;

106)  SONY CINEMA VIDEO PROJECTOR VPL-HSSO/51;

107)  BROTHER SE-270D SEWING & EMBROIDERY MACHINE SERIAL NUMBER: C5G185242;

7

108) DEWALT TOOK KIT MODEL DC4KITA;

109) HP DIGITAL ENTERTAINMENT CENTER MODEL Z5SS SERIAL NUMBER: MXKS13129B;

110) RIDGID NAIL GUN MODEL R2SOAFA;

111) PHILIPS MAGNAVOX WEB TV MODEL MAT972;

112) MITSUBISHI DLP PROJECTOR MODEL#HC3000;

113) MITSUBISHI PROJECTOR MODEL#HC3000;

114) LASER BEACON MODEL LB-I MODEL# 3900;

115) TOPCON RT-SSA ROTATING LASER;

116) STANLEY 165 PIECE TOOL SET;

117) XANTREX INVERTER CHARGER FREEDOM 458 SERIAL NUMBER: F00025945;

118) GATEWAY PC SERIAL NUMBER: 1099876399;

119) GARMIN GPS MAP SERIAL NUMBER: 70700456;

120) GARMIN GPS MAP SYSTEM SERIAL NUMBER: 70700459;

121) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700481;

122) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70800368;

123) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700033;

124) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700455;

125) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70800405;

126) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70800363;

127) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70800366;

128) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70800365;

129) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70800364;

130) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700460;

131) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700035;

132) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700036;

133) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700457;

134) GARMIN GPS MAP SYSTEM MODEL#498 SERIAL NUMBER: 70700031;

135) THREE (3) TOMTOM GO 300 GPS NAV SYSTEM;

136) SIX (6) GARMIN NUVI 350 PERSONAL TRAVEL ASSISTANT;

137) MAGELLAN ROADMATE 700 SERIAL NUMBER: 0102300403267;

138) MAGELLAN ROADMATE 700 SERIAL NUMBER: 0102300378855;

139) MAGELLAN ROADMATE 700 SERIAL NUMBER: 102310201181;

140) MAGELLAN ROADMATE 700;

141) MAGELLAN ROADMATE 700 SERIAL NUMBER: 102310452705;

142) AUDIOVOX PERSONAL DVD PLAYER 8" SERIAL NUMBER: 4447602800;

143) IC POWER LCD MONITOR WITH SPEAKERS 19" SERIAL NUMBER: 7550T1011124;

144) KDS USA 17" LIQUID CRYSTAL DISPLAY SERIAL NUMBER: F61631222080U;

145) PROVIEW 15" FLAT PANEL MONITOR SERIAL NUMBER: F6TD63257576U;

146) IN FOCUS PROJECTOR SERIAL NUMBER: APRCS29A13SS;

147) HITACHI IJCD PROJECTOR SERIAL NUMBER: CPS42OWAT;

148) HITACHI LCD PROJECTOR CPS42OWA SERIAL NUMBER: RT4H000EO8;

149) PENTAIR POOL SPECTRUM AMERLITE;

150) INTERMATIC POOL AND SPA CONTROL;

151) PENTAIR CLEAN & CLEAR 50 CARTRIDGE FILTER;

152) LOWRANCE DASH GPS LMS-339C SERIAL NUMBER: 100575481;

9

153) MOBILE BRAND ENTERTAINMENT SYSTEM DVD 5.6" SERIAL NUMBER: M22300247;

154) FUNTV 5" MONITOR (VEHICLE) SERIAL NUMBER: M28302438;

155) TWO (2) GARMIN WEST MARINE 76CS PLUS HANDHELD GPS MODEL 6938666;

156) THREE (3) AQUALINK JANDY VALVE ACTUATOR 4424;

157) FOUR (4) JANDY HANDHELD REPLACEMENT KIT 8261;

158) AT&T CORDLESS TELEPHONE SYSTEM 5.8GHZ;

159) BOSE WAVE MUSIC SYSTEM MODEL# AWRCC1 SERIAL NUMBER: 033975C52902076AC;

160) TWO (2) SCIENTIFIC ATLANTA CONVERTER BOX MODEL#S300HD;

161) BOSE CINEMATE HOME THEATER SYSTEM SERIAL NUMBER: 037487952650125AS;

162) FOUR (4) MOTOROLA 2 WAY RADIOS MODEL HT1250—LS;

163) DEWALT STEREO DC011 SERIAL NUMBER: 271340;

164) HUSQVARNA CHAIN SAW MODEL43SO-1S;

165) KDS FLAT PANEL MONITOR MODEL # RAD-S SERIAL NUMBER: 1540SBB34000827;

166) NEC FLAT PANEL LCD 2010 SERIAL NUMBER: 02000992CA;

167) NEC FLAT PANEL LCD 2010 SERIAL NUMBER: 0201022CA;

168) NEC FLAT PANEL MONITOR LCD 2032 SERIAL NUMBER: 9700682CAR;

169) POWERQUIP POWER WASHER SERIAL NUMBER: T0306-123966;

170) HUSQVARNA SCANDINAVIA 200 SEWING MACHINE;

171) KYOCERA K-B ROYALE MODEL CELL PHONE;

. . .

172) CYBERHOME DVD PLAYER IN BLACK BAG SERIAL NUMBER: CHLDV700B;

173) TWO (2) JANDY POOL DIGITAL ASSISTANT;

174) MINTEK MPD 1610 PORTABLE DVD PLAYER;

175) ACTRON AUTO SCANNER MODEL CP-9135;

176) TWENTY FIVE (25) NEW KITCHEN KNIVES IN PACKAGES VARIOUS BRANDS;

177) POLYCOM SOUND STATION MODEL 2W;

178) BOX OF ASSORTED POOL/SPA ACCESSORIES;

179) CANNONDALE MOUNTAIN BICYCLE JEKYLL 600 SERIAL NUMBER: 5701S8MA04020;

180) MOTOBECANE MOUNTAIN BICYCLE MODEL 500DS SERIAL NUMBER: 0000206939;

181) DEWALT CIRCULAR SAW SERIAL NUMBER: 46939;

182) EASY RIZER MOTORCYCLE JACK SERIAL NUMBER: QPL000022;

183) MAGNAVOX PORTABLE DVD PLAYER MPD72O SERIAL NUMBER: LL000415061358;

184) PORTER CABLE TOOL KIT;

185) EMERSON DVR & DVD RECORDER & VCR. SERIAL NUMBER: D47S17661A;

186) EMERSON DVR & DVD RECORDER & VCR. SERIAL NUMBER: D46613556A;

187) EMERSON DVR & DVD RECORDER & VCR. SERIAL NUMBER: D47517849A;

188) HP 17" FLAT PANEL MONITOR SERIAL NUMBER: CNC5372 850;

189) HP 17" FLAT PANEL MONITOR SERIAL NUMBER: CNC 550 P7 L3;

11

190)    ACER 19" LCD MONITOR;

191)    HP PAVILION PC SERIAL NUMBER: MXFS17O3KT;

192)    IC POWE 19" LCD MONITOR W/SPEAKERS SERIAL NUMBER: 7550T1012O56;

193)    KDS 17" LCD MONITOR. SERIAL NUMBER: F6E163123763U;

194)    BOSE LYFESTYLE 38 HOME ENTERTAINMENT SYSTEM SERIAL NUMBER: 034780941951372AS;

195)    BOSE WAVE MUSIC SYSTEM SERIAL NUMBER: 03 397 6C5192 557 0AC;

196)    BOSE WAVE MUSIC SYSTEM SERIAL NUMBER: 033 97 6C5192 556 SAC;

197)    SAMSUNG 17" LCD MONITOR;

198)    TWO (2) LACIE 321 COMPUTER MONITOR;

199)    TOSHIBA COMPUTER MONITOR;

200)    BOSE HOME ENTERTAINIVIENT SYSTEM SERIAL NUMBER: 4122951830289AS;

201)    TOM TOM PORTABLE GPS NAVIGATION SYSTEM;

202)    TOM TOM GPS NAVIGATION SYSTEM;

203)    TWO (2) DEWALT 18 VOLT 4-TOOL COMBO KIT;

204)    EMERSON DVD RECORDER & VCR COMBINATION;

205)    JVC FLAT SCREEN LCD TV MODEL #GM-H4OL1G SERIAL NUMBER: 160C0133;

206)    BAG CONTAINING DVD PLAYER, MONITOR, CORDS SERIAL NUMBER: M30300388 03015014;

207)    DYSON VACUUM CLEANER MODEL DCO7 SERIAL NUMBER: 180USA46532;

12

208) PALOMA TANKLESS WATER HEATER MODEL PTG42PV;

209) APPLE 05 POWER MAC SERIAL NUMBER: 08534 EXURU2;

210) HEWLETT PACKARD PAVILION A1483W PC SERIAL NUMBER: MXFG1GORG3;

211) HEWLETT PACKARD PAVILION PC A1483W SERIAL NUMBER: MXF61707Z8;

212) HEWLETT PACKARD PAVILION PC A1483W;

213) HEWLETT PACKARD PAVILION PC A1483W;

214) HEWLETT PACKARD PAVILION PC A1483W;

215) HEWLETT PACKARD PAVILION MEDIA CENTER M7463W SERIAL NUMBER: MXFE17OGW3;

216) COMPAQ PRESARIO PC MODEL SR18O3WM SERIAL NUMBER: CNHG14OC3P;

217) EMACHINES MODEL W3118 DESKTOP PC;

218) EMACHINES MODEL W3118 DESKTOP PC SERIAL NUMBER: CCAG4MOO3004G;

219) HP PAVILION PC MODEL A1253W-B SERIAL NUMBER: MXFG1GO4N1;

220) MAGNAVOX 15" LCD TV MODEL# 15MFEO5T SERIAL NUMBER: BZ2A0548282509;

221) IC POWER 15" FLAT PANEL MONITOR SERIAL NUMBER: 7611TD010286;

222) XBOX 360;

223) POLARIS BOOSTER PUMP;

224) GLOWBOUY POOL LIGHT TAG PRICE 199.99;

. . .

13

225) MOTION SENSING SECURITY LIGHT JOURNEYMAN SERIES MODEL *HD92GOBZC;

226) GARMIN GPS MONITOR AND MOUNT IN PELICAN CASE;

227) BOSCH AQUASTAR TANKLESS GAS WATER HEATER MODEL# 250 SX LP;

228) NINE (9) HAYWARD POOL PRODUCTS 4' UNIVERSAL HOSE SET 10 PACK;

229) OPTIX LED UNDERCAR KIT;

230) STARVISION MULTIMEDIA DISC PLAYER DVD-SOT;

231) UNIDEN 5.8 GH CALLER ID CORDLESS PHONE ANSWERING MACHINE SET;

232) DIESEL AUDIO LCD MONITOR WITH RADIO RECEIVER N5-7-MDASH;

233) VENTURER TWIN 7" DVD BACKSEAT THEATER SERIAL NUMBER: HM210FD160742;

234) KONICA MINOLTA MAXXUN SD DIGITAL CAMERA;

235) NORELCO 91GOXL ELECTRIC RAZOR;

236) PORTFOLIO 48' FLEXIBLE ROPE LIGHT;

237) NEXTEL BLACKBERRY 7520 SERIAL NUMBER: 400C4139BB;

238) PANASONIC 5.8GHZ PHONE MODEL KX-TG5423M SERIAL NUMBER: 5HAXA042468;

239) AQUA-VU SCOUT SRT;

240) JANDY HANDHELD POOL MONITOR;

241) TRIKON CK KIT CAMERA TRIPOD;

242) AMERICAN STANDARD ELITE THERMOSTATIC CONTROL TUB AND SHOWER SET;

243) ORAL-B TRIUMPH ELECTRIC TOOTHBRUSH;

244) POOLEYE POOL ALARM MONITORING KIT;

245) INTERMATIC TIME SWITCH;

246) TWO (2) INTERMATIC MODEL T1O1M TIME SWITCH;

247) TWO (2) JANDY POOL ACCESSORY KIT;

248) THREE (3) LAARS WIRELESS CONTROL PANEL MODEL# 8227;

249) QS BRAND AUTOMOTIVE DISC BRAKE PAD;

250) BOSCH AQUASTAR TANKLESS GAS WATER HEATER MODEL# 125B NG;

251) FOUR (4) NATURE2 POOL PURIFIER CARTRIDGE;

252) GOLDLINE WIRELESS POOL CONTROL DISPLAY;

253) STARBUCKS BARISTA HOME ESPRESSO MACHINE;

254) POLARIS 340 POWER TOOL;

255) TWO (2) POLARIS HIGH REFLECTIVE POOL LIGHT REPLACEMENT BULBS;

256) TWO (2) NAGRA V TWIN DRIVE POWER PACK;

257) POOL PUMP;

258) FIVE (5) PRICE PFISTER FAUCET MODEL IF 533-SOBD;

259) NATURE2 NATURAL POOL PURIFIER;

260) GARMIN MODEL #60C COLOR MAP NAVIGATOR;

261) HAYWARD AUTOMATIC SKIM VAC PLATE MODEL IF W491R;

262) HAYWARD DESERT WHT PROPULSION/CONVERSI;

263) THREE (3) WATERPIK WIRELESS OUTDOOR J BOX KIT 8421;

264) LIFESOURCE BLOOD PRESSURE MONITOR MODEL UA-787V;

265) HAYWARD POOL AUTOMATIC AIR RELIEF MODEL IF DEX242OAR;

266) JANDY 7443 AQUALINK FOUR FUNCTION SPA SIDE SWITCH;

15

267) JANDY PART NO R0441900 POOL PUMP;

268) SYLVANIA WIRELESS VIDEO SYSTEM 2.4 GHZ;

269) JANDY WATERPIK SPALINK SPA SIDE CONTROL;

270) CANON GL-2 VIDEO CAMCORDER;

271) TWO (2) JANDY SHEER DESCENT WATERFALL 36" 1203003 SERIAL NUMBER: 203-3451 203-3444;

272) JANDY SHEER DESCENT WATERFALL 24" SERIAL NUMBER: 202-3243;

273) GOLDLINE POOL CONTROL BOX;

274) HAYWARD POOL PUMP WITH HDHELD POOL CONTROL MODEL# 8261;

275) PUREX TRITON MULTI-PORT SWIMMING POOL SYSTEM MODEL# 261142;

276) TWO (2) GOLDLINE TURBO CELL 15;

277) CANON DVD CAMCORDER SERIAL NUMBER: 452090122340;

278) JBL SPEAKER SERIAL NUMBER: J204-039615;

279) JBL SPEAKER SERIAL NUMBER: J204-041648;

280) SAMSUNG PLASMA TV MODEL# SP-R4232 SERIAL NUMBER: 39YF3CMYC01244J;

281) INFOCUS PROJECTOR IN BLACK ROLLING BAG SERIAL NUMBER: ANDCS17O14G4;

282) DELL PROJECTOR MODEL# 330MP IN BLACK CASE;

283) CANON PROJECTOR SX60 IN CASE;

284) JURA IMPRESSA 25 CAPUCCINO MAKER;

285) MINTEK PORTABLE DVD PLAYER MODEL# MDP1O2O;

. . .

286) BOSE ACOUSTIC WAVE MUSIC SYSTEM SERIAL NUMBER: 023583C21920329AC;

287) DELL FLAT PANEL MONITOR SERIAL NUMBER: 11SDH41;

288) DELL FLAT PANEL MONITOR MODEL# E171FPB;

289) DELL PRINTER COPIER COMBO SERIAL NUMBER: BFC7Z4;

290) SHARP FLAT SCREEN TV SERIAL NUMBER: 018097;

291) APPLE FLAT PANEL MONITOR SERIAL NUMBER: NS4O23C2NAF;

292) NEC FLAT PANEL MONITOR SERIAL NUMBER: 8800295 CAR;

293) DELL FLAT PANEL MONITOR SERIAL NUMBER: CN-0T6116-71618-4AG- AEC2; and

294) SAMSUNG FLAT PANEL MONITOR MODEL# 193PS.

(i) BLUE 1998 BOAT TRAILER, CALIFORNIA LICENSE PLATE 4FW7275, VIN: 1MDDWYM11WA971743;

(j) THE CONTENTS OF THE STORAGE UNIT #207 LOCATED AT ALL STORAGE LAS VEGAS, 3290 NORTH RANCHO DRIVE, LAS VEGAS, NEVADA:

1) NIGHT VISION GOGGLES WITH BATTERIES IN BAG. SERIAL NUMBER: 12145;

2) DYSON DCO7 VACUUM CLEANER SERIAL NUMBER: 18O-US-A46773;

3) PLAYSTATION 2 GAME SYSTEM SERIAL NUMBER: PTG3O819355;

4) PLAYSTATION 2 GAME SYSTEM SERIAL NUMBER: PT414O92097;

5) DEWALT PALM SANDER SERIAL NUMBER: 974762;

6) DEWALT RECIPROCATING SAW SERIAL NUMBER: 760840;

7) MILWAUKEE DEEP CUT EJ2JD SAW SERIAL NUMBER: 769-P405150252;

8) TWENTY-SIX (26) EDELBROCK ELECTRIC CHOKE KIT;

9) EDELBROCK STEEL FUEL LINE;

17

10)  FORTY-FOUR (44) EDELBROCK ELECTRIC CHOKE KIT;

11)  THREE (3) PRO TAPER HANDLE BAR CLAMP;

12)  FOURTEEN (14) PRO TAPER HANDLER BARS;

13)  LIFESTREAM CHOLESTEROL MONITOR;

14)  SIX (6) NIKE GOLF BALL SETS;

15)  NINE (9) EDELBROCK FUEL LINE KIT;

16)  PETSAFE DOG COLLAR;

17)  TWO (2) SLYVANIA LIGHT BULBS;

18)  DYSON VACUUM DC 14SY SERIAL NUMBER 228-US-A-35785;

19)  DYSON VACUUM DC 14SY SERIAL NUMBER 228 -US -A-2 0628 ;

20)  DYSON VACUUM DC 14SY SERIAL NUMBER: 179-US - B -51280;

21)  DYSON VACUUM DC 1451' SERIAL NUMBER: 228-US-A-20652;

22)  DYSON DC O7SLA-TT;

23)  TEN (10) VECTOR POWER INVERTER MODEL NUMBER VECOS1D;

24)  SINGER SEWING MACHINE MODEL NUMBER145H654;

25)  KITCHEN   AID   PROFESSIONAL   MIXER   SERIAL   NUMBER: KV2SGOX-WR5066-177;

26)  KITCHEN AID MIXER SERIAL NUMBER: KN1SE1X-WR4262719;

27)  DEWALT HAMMERDRILL MODEL NUMBER DC9881A;

28)  DEWALT CORDLESS DRIVER MODEL NUMBER DWO5GK-2;

29)  SCOOBA FLOOR WASHING ROBOT MODEL NUMBER 5900;

30)  INFOCUS PROJECTOR SERIAL NUMBER: ANQN44000G1S;

31)  THIRTEEN (13) MSD IGNITION PRODUCTS COIL FORD;

32)  TWO (2) MSD IGNITION PRODUCTS COIL GM EXTERNAL;

33)  TEN (10) MSD IGNITION BLASTER 2 COIL;

34)  MILWAUKEE 1 3/4" ROTARY HAMMER SERIAL NUMBER: 5346-21;

35)   MILWAUKEE ½" HOLEHAWG DRILL SERIAL NUMBER: 1675-6;

36)   MILWAUKEE SAWZALL KIT SERIAL NUMBER: 6519- 22;

37)   LINCOLN ELECTRIC PORT-A-TORCH SERIAL NUMBER: KH6 57;

38)   IPOD 30GB SERIAL NUMBER: JQS11OTTSAY;

39)   IPOD 30GB SERIAL NUMBER: JQS11SSLSAY;

40)   IPOD 30GB SERIAL NUMBER: JQS112NDSAY;

41)   IPOD 30GB SERIAL NUMBER: JQS11SWMSAY;

42)   IPOD 30GB SERIAL NUMBER: JQS11OJSSAY;

43)   IPOD 30GB SERIAL NUMBER: JQS112S2SAY;

44)   IPOD 30GB SERIAL NUMBER: JQS11OCRSAY;

45)   IPOD 30GB SERIAL NUMBER: JQS11OFFSAY;

46)   IPOD 30GB SERIAL NUMBER: JQS112UESAY;

47)   IPOD 30GB SERIAL NUMBER: 4USO92TCSAY;

48)   IPOD 30GB SERIAL NUMBER: JQS11OQHSAY;

49)   IPOD 30GB SERIAL NUMBER: JQS11OLUSAY;

50)   IPOD 30GB SERIAL NUMBER: JQS112PASAY;

51)   IPOD 30GB SERIAL NUMBER: JQS11O2QSAY;

52)   IPOD 30GB SERIAL NUMBER: JQS1O1TMSSAY;

53)   IPOD 30GB SERIAL NUMBER: JQS11OC7SAY;

54)   IPOD 30GB SERIAL NUMBER: JQS112M4SAY;

55)   IPOD 30GB SERIAL NUMBER: JQS11OUSSAY;

56)   IPOD 30GB SERIAL NUMBER: JQS11OEGSAY;

57)   IPOD 30GB SERIAL NUMBER: JQS11OJRSAY;

58)   IPOD 30GB SERIAL NUMBER: JQSO788XSAY;

59)   IPOD 30GB SERIAL NUMBER: JQS111AASAY;

60)   IPOD 30GB SERIAL NUMBER: JQS119CSSAY;

61)   IPOD 30GB SERIAL NUMBER: JQS112PIISAY;

62)   IPOD 30GB SERIAL NUMBER: JQS11OTQSAY;

63)   DYSON VACUUM MODEL NUMBER DC O7SY-BC SERIAL NUMBER: 110-US-G-46710;

64)   DOLPHIN ROBOTIC POOL CLEANING SYSTEM MODEL NUMBER 8429;

65)   HP PAVILION PC AND MONITOR MODEL NUMBER A1253W-B;

66)   PASLODE CORDLESS NAILER 1G GA SERIAL NUMBER: 06O25T0144B;

67)   DEWALT CORDLESS DRIVER MODEL NUMBER DWOSGK-2;

68)   DEWALT HEAVY DUTY DEMO HAMMER MODEL NUMBER D25900K;

69)   DEWALT ½" CORDLESS COMPACT DRILL DRIVER MODEL NUMBER DC7SKA;

70)   TWO (2) BOE-BOT ROBOT KIT MODEL NUMBER 28132;

71)   TWO (2) GPS MAP 398-GARMIN;

72)   OLEVIA LCD MULTI MEDIA DISPLAY SERIAL NUMBER: LT2GEKM;

73)   SANYO LCD TV, 20" SERIAL NUMBER: CLT2054;

74)   TWO (2) OMRON HEART RATE MONITOR MODEL 4HR-100C;

75)   TWO (2) OMRON WRIST BLOOD PRESSURE MONITOR MODEL NUMBER HEM-637;

76)   TWO (2) DLO TRANS POD -ALL IN ONE CAR SOLUTION IPOD;

77)   TWO (2) SONY CYBERSHOT MODEL NUMBER DSC-N1;

78)   FOUR (4) CLEAR BLUE EASY FERTILITY MONITOR;

79)   FOUR (4) GPS MAP 76 CX-COLOR MAP NAVIGATOR;

80)   HARMONY ADVANCED UNIVERSAL REMOTE 890;

81)   SPRINT BLACKBERRY MODEL NUMBER RAR2OCN;

20

82)   LIFESTREAM PLUS 3 MINUTE CHOLESTEROL MONITOR;

83)   CANOBD2-INNOVA311O;

84)   ADOBE PHOTOSHOP ELEMENTS 4.0;

85)   INNOTEK DIGITAL ADVANCED TRAINER FOR DOGS;

86)   TWO (2) HARMONY ADVANCED REMOTE 520;

87)   OBD2 CODEREADER INNOVA 310CC;

88)   VIVERA HP INKS 95.97;

89)   SEASON SIX, DVD, SEX AND THE CITY;

90)   GAMEBOY ADVANCE SP;

91)   THREE (3) WESTERN DIGITAL HARD DRIVE 60 GB SERIAL NUMBER: WD600UO17;

92)   GARMIN ETREX VISTA HIKING COMPANION;

93)   WALGREEN'S DELUXE WRIST BLOOD PRESSURE MONITOR SERIAL NUMBER: 313W;

94)   TWO (2) TEXAS INSTRUMENTS ADVANCED GRAPHING TI-89 TITANIUM;

95)   HARMONY ADVANCED UNIVERSAL REMOTE 880;

96)   CRUZER MINI USB FLASH DRIVE 1.0GB;

97)   HP PHOTOSMART MODEL #M-417 SERIAL NUMBER: CNS6E3SPW8;

98)   DIGITAL MULTIMETER FLUKE MODEL #73-111 SERIAL NUMBER: 90240039;

99)   HP REMOTE SERIAL NUMBER: Q6400-6002;

100)  FOUR (4) PETSAFE IN-GROUND FENCE SERIAL NUMBER: PIG00-10673;

101)  TWO (2) PETSAFE DELUXE IN-GROUND FENCE SERIAL NUMBER: PIG 00-1074;

102)   HARMONY UNIVERSAL REMOTE 720;

103)   PETSAFE BARK CONTROL SERIAL NUMBER: PBC00-10677;

104)   MICROSOFT OFFICE STUDENT TEACHER EDITION 2003;

105)   DELPHI XTM SATELLITE RADIO;

106)   DEWALT 14.4 VOLT 4 TOOL COMBO MODEL #DDSRLCPI;

107)   NIGHT VISION SERIAL NUMBER: 72223;

108)   DYSON MODEL #DC14SL-ANI SERIAL NUMBER: 175-US-E46806;

109)   PETSAFE BIG DOG REMOTE TRAINER;

110)   TWO (2) DEWALT COMBO TOOL KIT MODEL #DC4KITA;

111)   RICCAR APIERICA VACUUM 8955 SERIAL NUMBER: 4CC046220;

112)   RICCAR RADIANCE MODEL #RAD SERIAL NUMBER: 4C0004771;

113)   MAGNAVOX 15" LCD MONITOR MODEL #15MF400T/37;

114)   SIX (6) BOXES DOZEN NIKE ONE GOLFBALLS;

115)   BOX DOZEN NIKE ONE GOLFBALLS;

116)   TWENTY-THREE (23) MSD IGNITION PRODUCTS COIL GM EXTERNAL PART #8226;

117)   PELICAN CASE WITH COMMERCIAL LIGHTING EQUIP. 4 LIGHTS AND MISC.CORDS;

118)   BLUE TRUNK CONTAINING COMMERCIAL LIGHTING EQUIPMENT;

119)   PETSAFE BARK CONTROL;

120)   TWENTY-SIX (26) ACTRON POCKET SCAN IN PLASTIC CONTAINER MODEL #CP9125;

121)   ACTRON AUTO SCANNER MODEL #CP9135 SERIAL NUMBER: 238690;

122)   THREE (3) ACTRON SUPER AUTO SCANNER IN BLUE LID PLASTIC BOX SERIAL NUMBER:

22

123) DYSON DC14 VACUUM SERIAL NUMBER: 230-US-A- 32794;

124) DYSON DC14 VACUUM SERIAL NUMBER: 175-US -D -85988;

125) DYSON DC14 VACUUM SERIAL NUMBER: 229-US-A -36846;

126) DYSON DC14 VACUUM SERIAL NUMBER: 229-US - A -36842;

127) DYSON DC1S VACUUM SERIAL NUMBER: 190 - US - B -42190;

128) DYSON DC15 VACUUM SERIAL NUMBER: 190-US-B-42 186;

129) DYSON DC1S VACUUM SERIAL NUMBER: 190-US-B-13487;

130) IN FOCUS PROJECTOR SERIAL NUMBER: APRCS29AO2S3;

131) COMPAQ PRESARIO MODEL #SR18O3WM SERIAL NUMBER: CNHEO91SB7;

132) COMPAQ PRESARIO MODEL #SR1SO3WM SERIAL NUMBER: CNHEO91SB4;

133) WHITE'S MXT TRACKER METAL DETECTOR;

134) RICCAR RADIANCE VACUUM CLEANER IN BOX;

135) RICCAR RADIANCE VACUUM CLEANER IN BOX;

136) DELL OPTIPLEX DESKTOP CPU MODEL #GX260 SERIAL NUMBER: DJNPS21;

137) DEWALT TOOL COMBO KIT MODEL #DDSRLCP1;

138) HP PAVILION PC MODEL 4A1473W SERIAL NUMBER: MXKG1GOSPW;

139) SCOOBA IROBOT FLOOR WASHING ROBOT;

140) SIX (6) SIX FLAGS BANZAI FALLS WATER SLIDE;

141) BOSCH BLUE CORE POWER DRILL SERIAL NUMBER: 584009635;

142) LINCOLN ELECTRIC 3200 HD WELD PAx SERIAL NUMBER: M2060104307;

. . .

23

143) MIDTRONICS ELECTRONIC BATTERY TESTER SERIAL NUMBER: O9O426OO7S;

144) EDELBROCK 1478 ELECTRONIC CHOKE KIT ;

145) SINGER CE-100 SEWING MACHINE SERIAL NUMBER: 155-1698;

146) SINGER CE-100 SEWING MACHINE SERIAL NUMBER: 154-1677;

147) SINGER CE-100 SEWING FUTURA SERIAL NUMBER: 153-1668;

148) WHITE'S MXT METAL DETECTOR;

149) WHITE'S MXT METAL DETECTOR;

150) MAGNAVOX 15" LCD TV MODEL #15MF400T/37;

151) BLAUPUNKT IN CAR VIDEO MONITOR SERIAL NUMBER: CHICAGO IVDM-7002;

152) CRAFTSMAN ANGLE FRAMING NAILER MODEL #18179;

153) CRAFTSMAN 348 PIECE MECHANICS TOOL SET;

154) IROBOT ROOMBA SCHEDULER VACUUM MODEL #4230;

155) DEWALT 12" SINGLE BEVEL, HEAVY DUTY COMPOUND MITER SAW MODEL #DW71S;

156) HP PAVILION PC WITH MONITOR MODEL #A1243W SERIAL NUMBER: CNHEO3OW49;

157) HP PAVILION PC WITH MONITOR MODEL #A1243W SERIAL NUMBER: CNH6O21DTZ;

158) HP PHOTOSMART 425V SERIAL NUMBER: CNS6Q171C7;

159) FOUR (4) GARMIN GPS MAP 7ECX;

160) CANON MOD EP COMPUTER PRINTER CARTRIDGE;

161) CANON POWER SHOT DIGITAL CAMERA MODEL #A520 SERIAL NUMBER: 9715A001;

162) BRAUN SYNCO SYSTEM 7000 SERIES;

163) WESTERN DIGITAL EXTERNAL MD, 160 GB;

164) MAXTOR 300GB HD SERIAL NUMBER: L61G93RH;

165) PANASONIC DIGITAL CORDLESS ANSWERING SYSTEM SERIAL NUMBER: KX-T5633B;

166) IROBOT ROOMBA DISCOVERY;

167) SINGER SEWING MACHINE MODEL #CE100 SERIAL NUMBER: 155-1698;

168) HAYWARD POOL VAC ULTRA SERIAL NUMBER: 3090-013 112;

169) HAYWARD POOL VAC SERIAL NUMBER: 3O3D-374497;

170) HAYWARD POOL VAC SERIAL NUMBER: 3030-374500;

171) HAYWARD POOL VAC SERIAL NUMBER: 303D-374493;

172) HAYWARD POOL VAC SERIAL NUMBER: 3090-013226;

173) HAYWARD POOL VAC ULTRA SERIAL NUMBER: 303D-374491;

174) TWO (2) PHILIPS SONICARE TOOTHBRUSH CREST INTELLI-CLEAN SYSTEM;

175) CREATIVE ZEN MICRO MPS PLAYER SERIAL NUMBER: M1PF1080506033829Q;

176) CREATIVE ZEN MICRO MPS PLAYER SERIAL NUMBER M1PF1080506017963W;

177) OMRON PORTABLE BLOOD PRESSURE WRIST MONITOR MODEL 4tHEM-629;

178) OMRON WRIST BLOOD PRESSURE MONITOR MODEL NUMBER HEM-637;

179) PETSAFE DELUXE REMOTE DOG TRAINER;

180) FIVE (5) CLEAR BLUE EASY FERTILITY MONITOR;

181) GARMIN GPS MAP 76X COLOR MAP NAVIGATOR;

182)   XBOX 360 WIRELESS NETWORK ADAPTOR;

183)   TWO (2) XBOX 360 WIRELESS CONTROLLER;

184)   PETSAFE BIG DOG REMOTE TRAINER;

185)   PETSAFE LITTLE DOG REMOTE TRAINER;

186)   WESTERN DIGITAL EXTERNAL HD, 250 GB MODEL #WD2SOO C032;

187)   PETSAFE BARK CONTROL;

188)   TEXAS INSTRUMENTS Ti 89 TITANIUM ADVANCED GRAPHING CALCULATOR;

189)   SONY PSP PLAYSTATION PORTABLE;

190)   TWO (2) MICROSOFT OFFICE 2003 STUDENT TEACHER EDITION;

191)   HUSQVARNA VIKING DESIGNER iEEE SEWING MACHINE;

192)   HUSQVARNA VIKING DESIGNER SEWING MACHINE;

193)   XBOX 360 WIRELESS NETWORK ADAPTER;

194)   TETRATIC COMPACT AQUARIUM FILTER;

195)   LIFESTREAM CHOLESTEROL MONITOR;

196)   PSP MADDEN GAME;

197)   EDELBROOK FUEL LINE ACCESSORY;

198)   ROGAINE FOR MEN;

199)   PETSAFE COLLARLESS TRAINER;

200)   DELL FLOPPY DRIVE;

201)   TWO (2) BRAUN 7000 SERIES REPLACEMENT FOILS;

202)   DRIVE RIGHT CAR CHIP;

203)   AUTOXRAY EZ ROAD 2000 SERIAL NUMBER: P/N 705-000I-002A;

204)   AUTOXRAY CODESCOUT;

205)   ADD-A-LINK (PETSAFE) FOR DOGS;

206)   HP PHOTOSMART 420 SERIES MANUAL;

207)  MISC OBD-11 ATTACHMENT/CONNECTOR;

208)  LG FLATON 1911 LCD MONITOR MODEL #L19505-SN;

209)  SURVEY RULES IN RED CASE;

210)  DEDOLIGHT LIGHTING EQUIPMENT IN BLACK CASE;

211)  KODAK PICTURE MAKER CONSOLE SERIAL NUMBER: SCUA1273;

212)  SIX (6) FOX RACING PANTS;

213)  ELEVEN (11) FOX RACING LONG SLEEVE JERSEY;

214)  NINE (9) FOX RACING SWEATSHIRTS;

215)  FOX RACING CHEST PROTECTOR (RED);

216)  KODAK EASY SHARE PHOTO PRINTER MODEL C310;

217)  FORTY-SIX (46) PETSAFE TRAINING COLLARS;

218)  THREE (3) PETSAFE IN-GROUND FENCES;

219)  PETSAFE TRAINER;

220)  HP PHOTOSMART SCRAPBOOK PHOTO STUDIO;

221)  NINE (9) FOX RACING AND KBC HELMETS;

222)  THIRTEEN (13) RACING GOGGLES;

223)  WHITE TRASH CAN;

224)  LIFESTREAM 3 MINUTE CHOLESTEROL MONITOR;

225)  KORG CONCERT PIANO C-45;

226)  DYSON VACUUM DC14;

227)  DYSON VACUUM DC14;

228)  DYSON VACUUM DC15;

229)  FIVE (5) MILWAUKEE 4-PACK COMBO KIT MODEL #0928-29;

230)  FOURTEEN (14) DEWALT 18V STOOL COMBO KIT;

231)  NINE (9) SEX IN THE CITY 20 DISC SEASON BOX SET;

232)  BISSELL PROHEAT 2X UPRIGHT CLEANER;

233) RICAR AMERICA VACUUM 8955;

234) HOOVER Z-400 UPRIGHT VACUUM;

235) PHOENIX GOLD 1000 DUAL 12" TOTAL BASS PACKAGE;

236) COLEMAN POWERMATE PORTABLE ELECTRIC GENERATOR;

237) FIVE (5) PALOMA TANKLESS GAS WATER HEATER;

238) DEWALT 18V STOOL MODEL #DCEKITA;

239) DEWALT 18V 6 TOOL COMBO KIT MODEL #DC6KTGA;

240) DEWALT 18V 6 TOOL COMBO KIT MODEL #DC6KTGA;

241) KITCHEN AID PROFESSIONAL 600 MIXER;

242) LOGITECH 3-5600 COMPUTER SPEAKERS;

243) IMPRESSA S9 COFFEE MACHINE MODEL #13171;

244) IMPRESSA S9 COFFEE MACHINE MODEL #13215;

245) IMPRESSA 59 COFFEE MACHINE MODEL #13215;

246) IMPRESSA 89 COFFEE MACHINE MODEL #13171;

247) IMPRESSA S9 COFFEE MACHINE MODEL #13215;

248) MAGNUM AIRLESS PAINT APPL. MODEL #XRS;

249) COMPUTER HP PAVILION PC SERIAL NUMBER: AI357C-B;

250) MAKITA TOOL COMBO KIT MODEL #LXT401;

251) MAKITA TOOL COMBO KIT MODEL #LXT400;

252) MAKITA TOOL COMBO KIT MODEL #LXT401;

253) SINGER SEWING MACHINE MODEL #7436;

254) DEWALT 18VOLT 6 TOOL KIT MODEL #DC6KTGA;

255) DEWALT 18VOLT 6 TOOL KIT MODEL #DC6KTGA;

256) DEWALT RIGHT ANGLE DRILL MODEL #DW96OK-2;

257) DEWALT 18VOLT DRILL MODEL #DWOSSK-2;

258) DEWALT CORDLESS IMPACT DRIVER KIT MODEL #DWOS4K-2;

28

259) DEWALT CORDLESS DRILL DRIVER KIT MODEL #DC9S7KA;

260) DEWALT 18VOLT COMBO KIT MODEL #DDSLCP1;

261) DEWALT 18VOLT ANGLED NAILER KIT MODEL #DC61SKA;

262) MILWAUKEE CIRCULAR SAW MODEL #6390-21;

263) LINCOLN ELECTRIC GAS CUTTING AND WELDING;

264) DEWALT DOUBLE COMP MITER SET MODEL #DW71E;

265) NINE (9) AQUA STAR TANKLESS GAS WATER HEATER MODEL #250SX0 LP;

266) THREE (3) AQUA STAR TANKLESS GAS WATER HEATER MODEL #125BNG;

267) FOUR (4) AQUA STAR TANKLESS GAS WATER HEATER MODEL #250SX0 NG;

268) LASER MARK LASER PACKAGE MODEL #LM3OPKG;

269) PORTER CABLE BELT SANDER MODEL #362VSK;

270) BANZAI FALLS SPEED SLIDE;

271) MILWAUKEE 18VOLT SAWZALL MODEL #6515-27;

272) LAWRENCE GPS MODEL #337CDF SERIAL NUMBER: 100357968;

273) OLYMPUS IMAGELINK CAMERA AND PRINTER MODEL #Z25680;

274) AUTO XRAY SCAN 5000 MODEL #EZ SCAN 5000;

275) MILWAUKEE CIRCULAR SAW MODEL #6390-21;

276) UNIVERSAL TANKLESS WATER HEATER VENT KIT MODEL #RTG-20007;

277) BOSCH 1SVOLT DRILL DRIVER MODEL #33618-2Z;

278) PANASONIC CORDLESS ANSWERING SYSTEM MODEL #KX-TG5433M;

279) ROOMBA SCHEDULER FLOOR VAC;

29

280) DEWALT CORDLESS JIGSAW KIT MODEL #DC33OK;

281) MILWAUKEE DRILL PRESS MODEL #4270-20;

282) DEWALT IMPACT CORDLESS DRIVER MODEL #DWO5EK-2;

283) DEWALT OMMER DRILL KIT MODEL #DWS1SK;

284) MILWAUKEE DEMO HAMMER MODEL #5339-21;

285) DEWALT HAMMER DRILL KIT MODEL #DC9S9KA;

286) GARMIN GPS MAP - MODEL #76CX;

287) KODAK EZ SHARE DIGITAL PHOTO MODEL #2740;

288) EMACHINE DESKTOP PC AND MONITOR MODEL #W3107;

289) BRAUN SYNCRO SYSTEM SHAVER MODEL #7000;

290) SPECTRA PRECISION LAZER MODEL #LL400;

291) PASLODE CORDLESS FRAMING NAILER MODEL *9004200;

292) DEWALT CORDLESS DRILL DRIVER KIT MODEL *DC987KA;

293) TWO (2) DEWALT ELECTRIC TOOL KIT IN BLACK CASE;

294) THREE (3) CASIO EXILIM DIGITAL CAMERA MODEL #EX-Z12OCP;

295) TWO (2) INTEL CELERON PROCESSOR MODEL #850323;

296) THIRTY TWO (32) SEX AND THE CITY DVDS;

297) FIVE (5) OZ DVDS;

298) FIVE (5) SOPRANOS DVD;

299) PHILLIPS NORELCO SHAVER MODEL #91GOXL;

300) DEADWOOD DVD;

301) CANON REBEL XT DIGITAL CAMERA MODEL #EF-S 18-55;

302) DARK INVADER NIGHT VISION ULTRA OWL SERIAL NUMBER: 9049;

303) VU GO MULTIMEDIA SYSTEM;

304) MISC. CAMERA EQUIPMENT IN GRAY BOX;

305) HAYWARD POOL ELECTRONIC CHLORINE GENERATOR;

306) HP PHOTOSMART 420 SERIAL NUMBER: CNSGR14ORG;

307) HP PAVILION MEDIA CTR TV PC AND MONITOR MODEL #F2105;

308) TWO (2) 2 VITAMIN BOTTLES IN BLACK TRASHBAG;

309) VARIOUS VEHICLE CHECKING DEVICES;

310) NINE (9) MSD IGNITIONS IN WHITE AND BLUE BOX PART #8225;

311) FOUR (4) MSD IGNITIONS IN GREY BOX;

312) BOSCH WELDING KIT MODEL #27225;

313) LINCOLN ELECTRIC ANTI SPATTER SPRAY;

314) LINCOLN ELECTRIC BRAZING FLUX;

315) GPS ANTENNA;

316) EMBROIDERY SEWING MACHINE SERIAL NUMBER: 957163112;

317) DEWALT CORDLESS 18 VOLT 4-TOOL COMBO TOOL KIT MODEL # DC4KITA;

318) POLAROID DVD RECORDER. MODEL #PRI42001G;

319) POLAROID DVD RECORDER. MODEL #DMR2002G;

320) DCLCD 19" LCD MONITOR. SERIAL NUMBER: 549RC901AA2418;

321) PENTAIR POOL SAL SPECTRUM AQUALITE SPA LITE;

322) DEWALT 18 VOLT 4 -TOOL COMBO KIT. MODEL DC4KITA;

323) PHILIPS S0TICARE TOOTHBRUSH;

324) BOOST MOBILE WALKIE TALKIE. MODEL #1855;

325) MILWAUKEE 4 PACK COMBO TOOL KIT. MODEL #092829;

326) MILWAUKEE 4 PACK COMBO TOOL KIT;

327) MILWAUKEE 4 PACK COMBO KIT;

328) MILWAUKEE 4 PACK COMBO KIT;

329) MILWAUKEE 4-PACK COMBO TOOL KIT. MODEL #0923-29;

330) VOCOPRO BRAVO DIGITAL KARAOKE. MODEL #111693;

331)   THREE (3) 8 VOLT COMBO TOOL KIT. MODEL #DC4KITA;

332)   FOUR (4) DEWALT 18 VOLT TOOL COMBO KIT;

333)   SIX (6) DEWALT 18 VOLT 4 PIECE COMBO KIT;

334)   SIX (6) MILWAUKEE 4 PACK COMBO KIT. MODEL # 0928-29;

335)   DYSON VACUUM CLEANER. MODEL #DCX4 SY;

336)   DYSON VACUUM CLEANER. MODEL #DC14SL-ANI;

337)   BERNINA DECO 330;

338)   PIONEER DVD RECORDER MODEL #531H-S;

339)   COMPAQ TURION 64 PRESARIO MODEL V5015 SERIAL NUMBER CND6061599;

340)   RCA DVD RECORDER & VCR SERIAL NUMBER: 602301376;

341)   MILWAUKEE 4 PIECE COMBO KIT MODEL #0923-29;

342)   IMAC 05 20 INCH WIDESCREEN COMPUTER. SERIAL NUMBER: QP60419BTAR;

343)   SHARP MULTIMEDIA DLP PROJECTOR MODEL NUMBER XR-IOX;

344)   SIX (6) MAKITA 18 V PIECE CORDLESS COMBO KIT. MODEL LXT401;

345)   BROTHER DISNEY SEWING MACHINE MODEL SE270D;

346)   DOLPHIN DELUXE POOL VACUUM;

347)   PANASONIC 31.5 INCH LCD TV, TC-32LX50 SERIAL NUMBER: MGSG1O112;

348)   JURA CAPRESSO IMPRESSA ZMATT COFFEE DISPENSER MODEL #13214;

349)   SEVEN (7) BROTHER DISNEY SEWING MACHINE MODEL SE270D;

350)   PROVIEW 19" WIDE LCD MONITOR. SERIAL NUMBER: F0SD63068207U;

351)   PROVIEW 19" LCD MONITOR. SERIAL NUMBER: FOSD62128273U;

32

352) PROVIEW 19' LCD MONITOR. SERIAL NUMBER: FOSDE2O2E4GOU;

353) PROVIEW 19" LCD MONITOR. SERIAL NUMBER: FOSDG2 129 191U;

354) SONY NFM-HT9S 19" LCD TV MONITOR;

355) DEWALT HEAVY DUTY COMBO KIT. MODEL#DW618B3E SERIAL NUMBER: 919681;

356) TWO (2) SCOOBA FLOOR WASHING ROBOT;

357) DEWALT HEAVY DUTY 18 VOLT COMBO KIT MODEL DDSLCP1;

358) DEWALT 14.4 VOLT 4 TOOL COMBO KIT MODEL DDSRLCP1;

359) DEWALT 18 V 4 TOOL COMBO KIT MODEL DDSCL2;

360) ECHO, GAS POWER BLOWER MODEL PB-260L;

361) EMERSON, DVD RECORDER & VCR. MODEL EWH100F. SERIAL #: D46611062A;

362) EMERSON; DVR & DVD RECORDER & VCR. MODEL SWH100F SERIAL #: D46511061A;

363) EMERSON DVR & DVD RECORDER & VCR. MODEL EWU100F SERIAL #: D46511269A;

364) EMERSON DVD RECORDER & VCR. MODEL 4EWH100F SERIAL NUMBER: D46511043A;

365) IC POWER 19" LCD MONITOR W/SPEAKERS. MODEL 04-2019 SERIAL NUMBER: 7550T1009011;

366) THREE (3) ROOMBA SCHEDULER ROBOTIC FLOOR VAC. MODEL 4230;

367) ROOMBA DISCOVERY ROBOTIC VACUUM MODEL 4210;

368) DEWALT 18 V FINISH NAILER KIT MODEL DCG18KA;

369) DEWALT 18 VOLT 3 TOOL COMBO KIT DW959KSR-2;

370) IKDS USA 17" LCD MONITOR MODEL K717 SERIAL NUMBER: F6E158038401U;

371) TOSHIBA SATELITE INTEL, MODEL #A55-51064;

372) HP PAVILION MODEL# DV4223C1 SERIAL NUMBER: 2CES39OR4K;

373) COMPAQ PRESARIO PC MODEL #SR17O3WN. SERIAL NUMBER: CNH6040124;

374) SONY VIAO PERSONAL COMPUTER MODEL #FJ270\B;

375) SONY VIAO PERSONAL COMPUTER. F5840\W;

376) SONY VIAO PERSONAL COMPUTER FJ270\B;

377) MILWAUKEE 4 TOOL COMBO KIT. MODEL 0923-29;

378) KODAK EASY SHARE PHOTO PRINTER KIT SERIAL NUMBER: KCLSGS4S3OSSS;

379) EMACHINES DESKTOP PC MODEL #W3118 SERIAL NUMBER: CT864M003011;

380) TROYBILT PRESSURE WASHER, MODEL 020245 SERIAL NUMBER: 1012535224;

381) MAXEN 26 WIDESCREEN LCD TV. MODEL L2G14XWO2L SERIAL #:53125502457;

382) DYSON VACUUM CLEANER. MODEL #DC14SL-Afll SERIAL NUMBER: 175USD81547;

383) SPECTRA PRECISION LAZER, ILLUMINUM TRIPOD MODEL #2161;

384) MAKITA 18 V 4 PC CORDLESS COMBO KIT MODEL #LXT4O1;

385) HP PHOTOSMART 425 MODEL #Q7070A SERIAL NUMBER: CNS7R2S19N;

386) DELPHI SATELLITE RADIO;

. . .

34

387) MICROSOFT OFFICE SOFTWARE STUDENT & TEACHER Si 5010 EDITION 2003;

388) YAMAHA SPEAKER MODEL #S11SD SERIAL NUMBER: 11832676;

389) JRX 100 SPEAKER, MODEL #JRX11SS;

390) YAMAHA SPEAKER, MODEL #S11SV SERIAL NUMBER: 11834725;

391) JRX 100 SPEAKER, MODEL #JRX11BS;

392) JBL SPEAKER, MODEL #KVLEONM5P-1 SERIAL NUMBER: 1SP-123337;

393) JBL SPEAKER, MODEL #1SP-1-26-214;

394) SONY TV CAMERA, 26620;

395) HUSQVANA VIKING SEWING MACHINE, 11410979;

396) FUN TV DVD & VCR PLAYER MODEL #FTVOSO SERIAL NUMBER: E11O36192;

397) G2G GEAR, MODEL #TKDOSE SERIAL NUMBER: M363 00007;

398) PROFESSIONAL'S CHOICE BACK SUPPORT BELT;

399) TWENTY FIVE (25) MSD IGNITION COIL GM EXTERNAL PART NO. 8226;

400) TWO (2) MSD IGNITION LASTER 2 COIL PART 8202;

401) TWO (2) MSD IGNITION DISTRIBUTOR COIL GM HEI PART NO. 8226;

402) NINETEEN (19) EDELBROCK FUEL LINE KIT 8126 CHROMED STEEL;

403) SIX (6) EDELBROCK 1478 ELECTRIC CHOKE KIT;

404) TWO (2) PILOT 4 CHANNEL WIRELESS REMOTE SHIFT KNOB;

405) FOUR (4) AUTOXRAY INTERFACE CABLES CHRYSLER OBDI / GM OBDI / OEDII / FORD OEDI;

406) LINCOLN ELECTRIC NOZZLE GEL;

407) BLUE AND BLACK OAKLEY BACKPACK;

408)   FIVE (5)SONY PICTURE PACKAGE SOFTWARE; and

409)   HUSQVARNA VIKING PROGRAMMABLE CARD 266KB.

(k)   THE CONTENTS OF THE RESIDENCE AT 6706 PYRACANTHA GLEN COURT, LAS VEGAS, NEVADA:

1)   CREATIVE TRAVEL STATION SERIAL NUMBER: CAMF50104750015620;

2)   DEWALT COMPACT DRILL;

3)   WALTHER .177 CALIBER PELLET GUN SERIAL NUMBER: J44571475;

4)   SONY MAVICA CAMERA SERIAL NUMBER: 228357;

5)   GARMIN GPS UNIT;

6)   JVC MINI DV CAMERA WITH CHARGER AND BATTERY SERIAL NUMBER: 060X5863;

7)   CANON DIGITAL CAMERA WITH CASE SERIAL NUMBER: 4851600859;

8)   DELL MONITOR SERIAL NUMBER: MXO2Y31147EO544DDX9X;

9)   DELL MONITOR SERIAL NUMBER: MXO2Y31147GO53BIALL7;

10)   YELLOW TBALL' DYSON VACUUM CLEANER;

11)   FIVE (5) 3.5 INCH FLOPPY DISKS;

12)   $1,026.00 IN UNITED STATES CURRENCY;

13)   MOTOROLA 1530 CELL PHONE SERIAL NUMBER: 364BDY604W;

14)   NEXTEL BLACKBERRY 7520 SERIAL NUMBER: 400C4139;

15)   HP IPAQ SERIAL NUMBER: TWC4400TK1;

16)   WESTERN DIGITAL EXTERNAL HARD DRIVE SERIAL NUMBER: WXEY04032292;

17)   WESTERN DIGITAL EXTERNAL HARD DRIVE SERIAL NUMBER: WXE505246737;

18)   ANT NIGHT VISION NZT-625;

36

19)   ACTRON AUTO SCANNER MODEL #CP9135;

20)   SIRIUS STAR MATE SATELLITE RADIO RECEIVER;

21)   SONY HANDICAM CAMCORDER MODEL# DCRDVD101;

22)   IPAQ PDA SERIAL NUMBER TWG43103PT;

23)   GARMIN STREET PILOT 2720 GPS SYSTEM;

24)   GOLDLINE CONTROLS VALVE ACTUATOR;

25)   JANDY POWER CENTER;

26)   JANTEK CONTROL PAD SERIAL NUMBER K255300021;

27)   PORTER CABLE LOCK-BORING JIG;

28)   WHITES ELECTRONICS XLT METAL DETECTOR;

29)   GOLDLINE CONTROLS SMARTPURE SANITIZER CONTROL BOX;

30)   ORAL-B TRIUMPH ELECTRIC TOOTHBRUSH;

31)   NAGRA DIGITAL RECORDER MODEL# ARES-M SERIAL NUMBER: 2070001A0515;

32)   SAMSUNG DIRECT TV RECEIVER MODEL SIR-TS3GO;

33)   ROLAND KEYBOARD PHANTOM X8;

34)   SONY HANDICAM CAMCORDER MODEL #DCR-HC26;

35)   UNIVERSAL WALKWAY TESTER MODEL# BOT3000;

36)   MOBILE WIRELESS CAMERA MOBICAN 2.4GHZ;

37)   TWO (2) JANDY VALVE ACTUATOR JVA-2444;

38)   DELL   FLOPPY   DISK   DRIVE   SERIAL   NUMBER: PHOO9YXE44572OCSEURN;

39)   PANASONIC MICROCASETTE TRANSCRIBER MODEL RRY3O;

40)   SEAGATE BARACUDA HARD DRIVE 400GB SERIAL NUMBER: 3NF04LLQ;

. . .

41) TWO (2) FARENHEIT WIRELESS INFRARED STEREO HEADPHONES MODEL# WLHP-1X;

42) ORECK XL21 VACUUM CLEANER SERIAL NUMBER: 700ECBXS1O1338-3;

43) ORECK XL-21 VACUUM CLEANER SERIAL NUMBER: 700ECPXS002334-3;

44) HOOVER VACUUM CLEANER DUEL-DUTY 1400 SERIAL NUMBER: 06083;

45) PORTADRIVE PDR2000 SERIAL NUMBER: 10153;

46) TWO (2) JANDY SPA SIDE SWITCH MODEL# 7443;

47) ORECK HOUSEKEEPER COMPACT CANISTER VACUUM CLEANER;

48) TWO (2) JANDY SPA SIDE REMOTE SS4100W;

49) JANDY REMOTE FOUR FUNCTION MODEL #520092;

50) BADGER AIRBRUSH MODEL 150 IN WOODEN BOX;

51) TWO (2) STARBUCKS BARISTA ESPRESSO MACHINES MODEL# 142117;

52) IROBOT ROOMBA SCHEDULER AUTOMATIC VACUUM;

53) THREE (3 )NFL JERSEYS;

54) TOTEVISION LCD COLOR MONITOR MODEL# LCDE4O;

55) FOODSAVER VACUUM SEALER MODEL# V825;

56) PEAVEY AMPLIFIER MODEL# TRANSFORMER112 SERIAL NUMBER: 11223292;

57) TWO (2) JANDY AQUALINK RS POOL DIGITAL ASSISTANT;

58) TWO (2) JANDY AQUAPURE MODEL# APURE1400 WATER PURIFIER;

59) GENERAL ELECTRIC PAN-TILT CONTROLLER PART# A0006A326;

60) ACTRON AUTO SCANNER MODEL# CP9135;

38

61) BADGER WHIRLWIND2 MODEL 80-2 AIR PUMP;

62) NIKOTA 1200W POWER INVERTER;

63) JANDY POOL DIGITAL ASSISTANT 8261;

64) NIGHT VISION GOGGLES AMVIS IN GREEN BAG SERIAL NUMBER: 7000;

65) JURO CAPRESSO AUTOMATIC COFFEE CENTER;

66) YELLOW WORK LIGHT STAND WITH 2 LIGHTS;

67) CAMPBELL-HOSSFELD AIR COMPRESSOR SERIAL NUMBER: 02384;

68) DEVINCI BICYCLE 10 SPEED, DISASSEMBLED;

69) QUICKBOOKS POINT OF SALE SOLUTION FOR RETAILERS CASH REGISTER;

70) APPLE IPOD 20GB SERIAL NUMBER: 4J50456ZP59;

71) APPLE IPOD 30GB SERIAL NUMBER: 2CDS17OF1U;

72) APPLI IPOD LOGE SERIAL NUMBER: 4USO6SQESAZ;

73) APPLE IPOD NANO 2GB SERIAL NUMBER: 7KSS3MHOTJT;

74) VERTU CELL PHONE SERIAL NUMBER: P-002456;

75) DELL LATITUDE LAPTOP C-400 SERIAL NUMBER: 9R226-A00;

76) DELL OPTIPLEX GX11O DESKTOP COMPUTER SERIAL NUMBER: H8Z0401;

77) COMPAQ PRESARIO 6000 CPU TOWER SERIAL NUMBER: MX30632938;

78) COMPAQ PRESARIO CPU TOWER SR1319RS SERIAL NUMBER: MXK4500M99;

79) SONY VAIO PCV-RZ4OC1B TOWER PCU SERIAL NUMBER: 3004772;

80) GENERIC CPU TOWER - BEIGE, NO SERIAL NUMBER;

81) APPLE IMAC SERIAL NUMBER: YMO1E7CJJBS;

39

82) SONY VAIO MODEL PCV-F211 SERIAL NUMBER: 3001634;

83) DELL POWEREDGE 2400 CPU SERIAL NUMBER: SNPJ1O1;

84) DELL POWEREDGE 2300 CPU SERIAL NUMBER: 6I53J;

85) DELL POWEREDGE 1400 CPU SERIAL NUMBER: 19QSNO1;

86) SENCORE VSB PLAYER HDTV IN BLACK PELICAN CASE;

87) MAYTAG NEPTUNE DRYING CENTER;

88) HOIST HF 985 WEIGHT CENTER SERIAL NUMBER: 011HF-OPT-03265C;

89) IMAGE 7.8 EXERCISE EQUIPMENT;

90) VERSA CLIMBER, MODEL #CL-208H. SERIAL NUMBER: 1631;

91) BREITLING 1834 MEN'S WATCH;

92) GOLD COLORED MEN'S BRACELET W/WHITE STONES;

93) TILE PATIO TABLE W/FOUR CHAIRS;

94) LYNX PROSEAR BARBQUE UNIT;

95) THE SHARPER IMAGE 22 PC STAINLESS STEEL GRILL SET IN CASE;

96) THREE (3) PIECE SOFA SET;

97) WOODEN END TABLE;

98) WOODEN COFFEE TABLE;

99) GLOBE;

100) MITSUBISHI TV 1080;

101) WHITE VASE WITH STAND;

102) NAKAMICHI DVD & CD PLAYER, SERIAL NUMBER: 21101596;

103) PHILLIPS PERSONAL VIDEO RECORDER. NUMBER: 44899637;

104) ORNAMENTAL CERAMIC STATUE;

105) ORNAMENTAL HAND STATUS;

106) THREE (3) ORNAMENTAL CANDLESTICKS;

107) ORIENTAL STYLE ORNAMENT;

108) ZATHLETIC VAULTING BAR W/GYM MATS;

109) DINING ROOM TABLE W/SIX CHAIRS;

110) BATH & BODY WORK BAG;

111) SEVEN (7) VARIOUS STYLES LUIS VUTTON HANDBAGS;

112) ONE LOUIS VUTTON WALLET;

113) COACH HANDBAG W/MATCHING WALLET;

114) ONE BROWN LEATHER HANDBAG;

115) ONE COACH HANDBAG;

116) ONE DOONEY BOURKE HANDBAG SKU 3884334469;

117) ONE COACH HANDBAG & MATCHING WALLET IN DUST COVER;

118) ONE ACCUTRON BULOVA MEN'S WATCH IN A BLACK LEATHER ACCUTRON BOX;

119) ONE COACH HANDBAG W/DUST COVER W/TAGS;

120) ONE COACH HANDBAG IN DUSTCOVER;

121) ONE COACH HANDBAG REDDISH & BROWN IN DUST COVER;

122) MENS CITIZEN WATCH;

123) LADIES ROLEX WATCH;

124) ORNATE WALL MIRROR;

125) ORNATE DESK CLOCK;

126) ARMOIRE;

127) KING SIZE BED W/MATTRESS 7 BOX SPRING;

128) TWO (2) NIGHT STANDS;

129) STANDING ARMOIRE;

130) DRESSER;

131) MASSAGER;

. . .

41

132) PANASONIC FLAT SCREEN WALL TV MODEL #VIARA MOUNTED TO WALL;

133) SONY DVD PLAYER MODEL #HCDC4SO. SERIAL NUMBER: 8399161;

134) TIVO DIGITAL VIDEO RECORDER MODEL TCDS4004O W/ REMOTE;

135) NORDIC TRACK EXP 1000X;

136) COLUMN STAND WITH PLANT;

137) DVR 460 MODEL #HSDVRO42 W/REMOTE CONTROL;

138) SAMSUNG COLOR OBSERVATION MONITOR. SERIAL NUMBER: 69VW102483;

139) FOUR (4) SONY SPEAKERS, SERIAL NUMBERS 2240127, 2240128, 3118966, AND 2240127;

140) TWO (2) BOXES OF SAMSUNG ELECTRONICS SECURITY CLOSED CIRCUIT TV HOUSING;

141) SONY BASS REFLEX SUB WOOFER, MODEL 4SS-WSSO2. SERIAL NUMBER: 8418430;

142) SAMSUNG CC TV HOUSING CONTAINING A CAMERA. SERIAL NUMBER: 62ZW102411P;

143) THREE (3) FRAMED PICTURES (FLOWERS);

144) PLAYSTATION 2 GAME (KILLZONE);

145) PLAYSTATION 2 GAME (STREET);

146) PANASONIC TV REMOTE CONTROL;

147) GAME MAKER KENO PLUS VIDEO GAMING MACHINE;

148) THREE PIECE LIVING ROOM SET YELLOW IN COLOR;

149) COFFEE TABLE;

150) STANDING LAMP;

151) FRAMED PICASSO STYLE PAINTING;

42

152) TWO (2) LEATHER ROLLING OFFICE CHAIRS;

153) EXECUTIVE STYLE DESK/CREDENZA WITH SHELVING UNIT;

154) SONY CYBERSHOT CAMERA SERIAL NUMBER: 1554959;

155) BROTHER MFC 9700 MULTIFUNCTIONAL UNIT SERIAL NUMBER: U60073D2J32218;

156) RED LEATHER JEWELRY BOX;

157) ELGIN MEN'S WATCH SERIAL NUMBER: FSS479-007;

158) GUCCI WOMEN'S WATCH;

159) FOSSIL WOMEN'S WATCH AR4-3049;

160) 'I LOVE LUCY' WATCH;

161) TIMEX INDIGLO WATCH;

162) COCA COLA DOG WATCH;

163) LORUS 'MICKEY MOUSE' WATCH;

164) NINE (9) COSTUME JEWELRY BRACELETS;

165) ET WATCH;

166) FIVE (5) SETS OF COSTUME JEWELRY EARRINGS;

167) COSTUME JEWELRY NECKLACE;

168) SINGLE GOLD AND DIAMOND EARRINGS;

169) STERLING SILVER BAR WITH UNKNOWN STONE;

170) FIVE (5) COSTUME JEWELRY PENDANTS;

171) SET OF DIAMOND EARRINGS WITH SCREW ON BACKING;

172) SET OF WHITE PEARL EARRINGS;

173) SET OF PINK PEARL EARRINGS;

174) SET OF PINK DIAMOND SQUARE CUT EARRINGS;

175) SET OF WHITE DIAMOND SQUARE CUT EARRINGS;

176) SET OF TIFFANY SILVER CIRCLE EARRINGS;

177) FOUR (4) COSTUME JEWELRY RINGS;

178) SILVER MEN'S RING;

179) GOLD RING WITH GREEN STONE MARQUEE CUT;

180) GOLD RING WITH GREEN STONE OVAL CUT AND DIAMOND BAGUETTES;

181) GOLD RING WITH BLUE STONE AND DIAMOND BAGUETTES;

182) SILVER RING WITH DIAMOND ATTACHED TO SILVER RING W/ DIAMOND BAGUETTES;

183) SILVER RING WITH PURPLE STONE AND DIAMOND BAGUETTES;

184) GOLD RING WITH DIAMOND BAGUETTES;

185) GOLD RING WITH SINGLE DIAMOND STONE;

186) GOLD RING WITH SLASHES CUT IN THE TOP;

187) GOLD BAND WITH ETCHINGS;

188) SILVER TENNIS BRACELET WITH DIAMONDS;

189) SILVER TENNIS BRACELET WITH DIAMONDS AND SILVER SWIRLS;

190) TIFFANY AND CO. SILVER BRACELET WITH SMALL CHAINS AND HEART IN CENTER;

191) TIFFANY AND CO. CASE CONTAINING SILVER BRACELET WITH HEART PENDANT;

192) TIFFANY AND CO. CASE CONTAINING SILVER NECKLACE AND HEART PENDANT;

193) TIFFANY AND CO. SILVER NECKLACE WITH RECTANGULAR PENDANT;

194) TIFFANY AND CO. SILVER NECKLACE WITH CIRCULAR PENDANT;

195) GOLD NECKLACE WITH HEART PENDANTS WITH DIAMONDS;

196) STRING OF PEARLS NECKLACE;

197) SILVER NECKLACE WITH STAR OF DAVID, SILVER ON FRONT, GOLD ON BACK;

198) SILVER NECKLACE W/ STAR OF DAVID PENDANT W/ DIAMONDS ON THE STAR;

199) SILVER NECKLACE WITH PINK PEARLS AND PINK DIAMONDS;

200) TIFFANY AND CO. SILVER NECKLACE WITH SINGLE WHITE PEARL;

201) SILVER NECKLACE WITH SEVERAL WHITE PEARLS;

202) GREEN SOFT CASE;

203) BLACK PLASTIC JEWELRY CASE;

204) BAGGY CONTAINING WATCH LINKS;

205) SINGLE GOLD HOOP EARRING;

206) MEN'S GOLD LINK NECKLACE;

207) MEN'S WHITE GOLD 14K LINK NECKLACE;

208) MEN'S GOLD RING WITH SINGLE CIRCULAR CUT DIAMOND;

209) MEN'S GOLD RING WITH 2 WHITE AND ONE RED STONE; AND

210) MEN'S SILVER RING WITH NUMEROUS SMALL DIAMONDS;

(l) 2005 CHRYSLER 300, NEVADA LICENSE PLATE 1BAD300, VIN 2C3JA53G45H551790;

(m) ITEMS LISTED IN SUPPLEMENTAL BILL OF PARTICULARS:

1) COBRA MICROTALK RADIO;

2) MYVOICE DIGITAL RECORDER;

3) XBOX VIDEO GAME-BLACK;

4) XEROX FLATSCREEN COMPUTER MONITOR SERIAL NUMBER E98Z5912962U;

5) LG 32 INCH FLAT SCREEN TV SERIAL NUMBER 412KGXA29226;

6) HP PDA WITH CHARGER, SERIAL NUMBER X11-15454;

7)   OLIVIA FLAT SCREEN TV SERIAL NUMBER VACD15341368;

8)   HP PDA;

9)   SONY HANDYCAM SERIAL NUMBER 228451;

10)   HARDRIVE MPIO SERIAL NUMBER CPHS1C02945;

11)   COMPAQ LAPTOP COMPUTER SERIAL NUMBER SCNF6150JBZ;

12)   TOSHIBA LAPTOP  COMPUTER SERIAL NUMBER 56073080Q;

13)   SAWED OFF REMINGTON .22 RIFLE, SERIAL NUMBER 2615353;

14)   POLAROID CPU, MODEL FLM-1511;

15)   FLAT PANEL WALL MOUNT UNIT;

16)   KID TOUGH FP3 PLAYER;

17)   KID TOUGH DIGITAL CAMERA;

18)   FIVE (5) XBOX 360 WIRELESS HEADSETS;

19)   FOUR (4) PS2 GAME CONTROLLERS;

20)   THREE (3) XBOX 360 FACEPLATES;

21)   REAM OF HP PRINT PAPER;

22)   FAST TRACK USB SOFTWARE;

23)   MONSTER XBOX 360 GAME CABLES;

24)   XBOX 360 GAME SYSTEM WITH STEERING WHEEL;

25)   PS2 CONTROLLER;

26)   TABLECLOTH;

27)   EIGHT (8) PS3 GAMES IN CASE;

28)   FIVE (5) PS3 GAME CASES, NO GAME;

29)   SIX (6) XBOX 360, GAMES IN CASE;

30)   SIX (6) XBOX 360 GAME CASES, NO GAME;

31)   TWO (2) PLAYSTATION 2 GAMES IN CASE;

32)   NINTENDO DS GAME CASE, NO GAME;

46

33)   BLACK NYLON CASE WITH BATTERY;

34)   TWELVE (12) PSP GAMES IN CASE;

35)   ELEVEN (11) PSP GAME CASES, NO GAME;

36)   USB CABLE;

37)   TWO (2) FIREWIRE CABLES;

38)   RCA JACKS;

39)   PC VIDEO GAME;

40)   EIGHTEEN (18) DVD MOVIES;

41)   ADAPTOR CABLE;

42)   THREE (3) COBS;

43)   PSP GAME CONSOLE;

44)   COSTUME JEWELRY RING;

(n)   THE REAL PROPERTY KNOWN AS 6706 PYRACANTHA GLEN COURT, LAS VEGAS, CLARK COUNTY, NEVADA, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON (APN: 125-24-710-050);

AND WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. §§ 982(a)(2)(A) and 982(b) and 21 U.S.C. § 853(p):

$625.00 IN UNITED STATE CURRENCY.

AND WHEREAS, by virtue of the guilty plea, the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of JOHNNY MIZE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

. . .

47

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of

2  America shall publish at least once a week for three successive weeks in a newspaper of general

3  circulation, notice of this Order, notice of intent to dispose of the property in such a manner as the

4  Attorney General may direct, and notice that any person, other than the defendant, having or claiming

5  a legal interest in any of the above-listed forfeited property must file a petition with the Court within

6  thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

7  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the

8  petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury,

9  shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property

10  and any additional facts supporting the petitioner's claim and the relief sought. A copy of the petition

11  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

12  following address at the time of filing:

13           Daniel D. Hollingsworth
           Assistant United States Attorney
14           Lloyd D. George United States Courthouse
           333 Las Vegas Boulevard South, Suite 5000
15           Las Vegas, Nevada 89101.

16  The notice described herein need not be published in the event a Declaration of Forfeiture is issued

17  by the appropriate agency following publication of notice of seizure and intent to administratively

18  forfeit the above-described asset.

19    DATED this _10_ day of _June_, 2008.

20

21

22  _____
   UNITED STATES DISTRICT JUDGE

23

24

25

26

48