FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 15 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-CR-210-LDG-LRL |
| Plaintiff, ) | |
| vs. ) | |
| JOHNNY MIZE ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#890) on October 7, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HOME DEPOT
Amount of Restitution: $2,227.66

Name of Payee: KMART
Amount of Restitution: $331.38

Name of Payee: PETSMART
Amount of Restitution: $98.51

Name of Payee: WALGREENS
Amount of Restitution: $488.09

Name of Payee: ALBERTSONS
Amount of Restitution: $125.20

Name of Payee: CERETGY
Amount of Restitution: $4,348.70

Name of Payee: TJ MAXX
Amount of Restitution: $457.12

Name of Payee: WINDSOR FASHIONS
Amount of Restitution: $92.52

**Total Amount of Restitution ordered:** $8,169.18**
**Joint and Several with co-defendants

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE